UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

IN RE:

ROBERT K. GREENEBAUM and
JAMIE M. GREENEBAUM,

    DEBTORS

Case No: 07-10584
Chapter 11

## APPLICATION FOR FEE AND AFFIDAVIT BY ACCOUNTANT FOR CHAPTER 11 DEBTOR

    On this day, August 1, 2007 at Wellesley, Massachusetts, comes Matrix Financial, LLC and makes oath and says that they have been employed as accountant in the above-entitled cause, and that they have rendered as such accountant in said cause the services described in the itemized bill hereto set forth; that the compensation, fee and allowance herein claimed belongs wholly to the applicant, and will not be divided, share or pooled, directly or indirectly, with any other person or firm. Matrix did not receive a retainer.

    The services were performed from February 13, 2007 through July 9, 2007 on behalf of the Debtors during the period of time that the Debtors were in Chapter 11. The majority of the work related to the preparation of cash flow projections and a feasibility analysis of the plan. This involved compiling both personal and business financial records, preparing various reports reflecting the current and projected cash flows of the debtors and projecting tax liabilities. In addition, I reviewed monthly operating reports. I project from and after this fee application I will perform additional services including: the preparation of monthly operating reports and preparation for hearing on information, with the cost of such services appearing in my itemized bill.

    WHEREFORE, they pray that they be allowed the sum of three thousand and seventy-five ($3,375.00) for said services.

MATRIX FINANCIAL, LLC

BY _____
Carl Alviti, CPA
Applicant

**ALLOWED IN THE AMOUNT OF $** _____ .

_____    BY _____
Date                                                U.S. Bankruptcy Judge

# FOR PROFESSIONAL SERVICES RENDERED

IN RE : ROBERT K GREENEBAUM
JAMIE M GREENEBAUM

CASE : 07-10584

| DATE | EMPLOYEE | HOURS | HOURLY RATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 2/13/2007 | Carl Alviti | 1.30 | 250 | 325.00 | CONFERENCE WITH DEBTORS |
| 3/5/2007 | Carl Alviti | 1.20 | 250 | 300.00 | CONFERENCE WITH DEBTORS |
| 3/6/2007 | Carl Alviti | 1.40 | 250 | 350.00 | COMPILE FINANCIAL INFORMATION REVIEW ACCOUNTING RECORDS |
| 3/7/2007 | Carl Alviti | 0.40 | 250 | 100.00 | TELEPHONE CONFERENCE WITH DEBTOR REGARDING INCOME TAXES |
| 4/2/2007 | Carl Alviti | 1.20 | 250 | 300.00 | REVIEW MONTHLY OPERATING REPORT |
| 4/7/2007 | Carl Alviti | 0.80 | 250 | 200.00 | REVIEW TAX RETURN |
| 5/1/2007 | Carl Alviti | 0.90 | 250 | 225.00 | CONFERENCE WITH DEBTORS |
| 5/2/2007 | Carl Alviti | 1.60 | 250 | 400.00 | REVIEW PLAN PROPOSAL/CASH FLOW ANALYSIS |
| 5/31/2007 | Carl Alviti | 1.70 | 250 | 425.00 | REVIEW PLAN PROPOSAL/CASH FLOW ANALYSIS |
| 6/12/2007 | Carl Alviti | 0.40 | 250 | 100.00 | REVIEW MONTHLY OPERATING REPORT |
| 6/18/2007 | Carl Alviti | 0.20 | 250 | 50.00 | REVIEW PLAN PROPOSAL/CASH FLOW ANALYSIS |
| 7/9/2007 | Carl Alviti | 0.40 | 250 | 100.00 | REVIEW MONTHLY OPERATING REPORT |
| ONGOING | Carl Alviti | 2.00 | 250 | 500.00 | REVIEW MONTHLY OPERATING REPORT/ATTEND HEARING |
| TOTAL | | 13.50 | | 3375.00 | |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
<u>EASTERN DIVISION</u>

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ROBERT K. GREENEBAUM and ) | |
| JAMIE M. GREENEBAUM, ) | CHAPTER 11 |
| ) | |
| ) | CASE NO.07-10584 |
| DEBTORS. ) | |
| ) | |

<u>NON-ADVERSARIAL APPLICATION OF CHAPTER 11 DEBTOR TO EMPLOY
MATRIX FINANCIAL, LLC AS ACCOUNTANT</u>

TO THE HONORABLE _____, BANKRUPTCY JUDGE:

Robert and Jamie Greenebaum, through their proposed counsel request that this Court enter an Order authorizing him to retain Carl Alviti, CPA and the accounting firm of Matrix Financial, LLC ("Matrix") to act as his accountant. The Debtors submit the following in support of this Application:

1. The Debtors seek to employ Matrix to act as their accountant pursuant to 11 U.S.C. 327.
2. Matrix is an accounting firm with considerable experience in handling tax matters for Chapter 11 Debtors.
3. The Debtor seeks to employ Matrix in order to render professional services including, but not limited to, one or all of the following:
   A. Prepare all necessary tax returns;
   B. Perform such other accounting services as may be required by the Debtors during their Chapter 11 proceeding.
4. The hourly rate charged for such accounting services by Matrix shall be the normal hourly rate charged for his services at the time that the services are provided. Matrix presently charges $250.00 per hour for the services of Mr. Alviti, who is expected to perform all of the services in this matter for the Debtors. The accounting work for which retention is sought under the Application will not exceed $2,500.00 without further order of this Court
5. Matrix has no known connection with the creditors, any party in interest or their respective attorneys in this case, except that Matrix performs accounting services on behalf of Debtor's counsel, Donald R. Lassman, in his capacity as Chapter 7 Trustee in various cases unrelated to this Chapter 11 proceeding.
6. Matrix has received no retainer in connection with this case.

2/9/2007 Approved.

021363

7. The undersigned is disinterested and represents no known interest adverse to the estate in the matters upon which it is to be engaged and its employment would be in the best interests of Creditors.

WHEREFORE, the Debtors request that they be authorized to employ Matrix to act as their accountant to perform the services specified in paragraph 4 above as of the date hereof and that the Court grant such other relief as it deems appropriate.

Respectfully submitted,
Robert & Jamie Greenebaum
by their proposed counsel

/S/ Donald R. Lassman
Donald R. Lassman
BBO#545959
P.O. Box 920385
Needham, MA 02492
781-455-8400

# CURRICULUM VITAE

Carl Alviti, CPA, MST

**PARTNER**
Matrix Financial LLC
60 Walnut Street
Wellesley, MA 02481
Ph: 781-943-4100    Fax: 781-943-4199

## FINANCIAL SERVICES

- Tax Planning and Tax Return Preparation:

    | | |
    |---|---|
    | Individuals | Trusts |
    | Corporations | Non-Profit Organizations |
    | Partnerships | Retirement Plans |

- Forensic Accountant/Litigation Support:

    Domestic Relations:

    - Division of assets analysis
    - Alimony vs. child support calculations
    - Business valuations
    - Tax Analysis

    Business Entities:

    - Investigatory accounting procedures
    - Calculating economic damages
    - Interpreting accounting issues

- Bankruptcy Specialist:

    - Review bankruptcy filings for unreported assets
    - Review bankruptcy filings for potential consolidation
    - Prepare Chapter 11 vs. Chapter 7 analysis
    - Prepare bankruptcy tax returns

- Financial Statements:

    Prepare Independent Accountant Review and Compilation Reports for Individuals and Corporations

## PROFESSIONAL MEMBERSHIPS

American Institute of Certified Public Accountants
Massachusetts Society of Certified Public Accountants

## EDUCATION

University of Massachusetts:  B.S. Accounting, Summa Cum Laude

Bentley College: M.S. in Taxation