**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
<u>EASTERN DIVISION</u>**

|  |  |
|---|---|
| IN RE:<br><br>ROBERT K. GREENEBAUM and<br>JAMIE M. GREENEBAUM,<br><br>　　　　　　　　　　　DEBTORS. | )<br>)<br>)<br>)<br>)　　CHAPTER 11<br>)<br>)　　CASE NO.07-10584-WCH<br>)<br>) |

**<u>FIRST AND FINAL FEE APPLICATION OF COUNSEL FOR THE CHAPTER 11 DEBTOR</u>**

TO THE HONORABLE WILLIAM C. HILLMAN, BANKRUPTCY JUDGE:

　　Donald R. Lassman ("Applicant"), counsel to the Chapter 11 Debtors in Possession files this first and final fee application for services rendered to the Chapter 11 Debtor from the commencement of this case through May 25, 2006 totaling $19,830.00 in fees and $916.63 in expenses for a total due of $20,746.63[1]. In support of this Fee Application, your applicant states as follows:

1. This Chapter 11 proceeding was filed on January 31, 2007 and the Debtors filed an Application with this Court on that same day seeking the permission of this Court to hire Donald R. Lassman as his Chapter 11 Counsel. This Court granted that Application on February 9, 2007 and a copy of the Court Order is attached to this Application as **Exhibit A**.
2. Prior to the commencement of this Chapter 11 proceeding, the Debtor paid Applicant a retainer in the amount of $5,500.00 and that sum was applied by your Applicant prior to the commencement of this case to services rendered and fees incurred prior to the commencement of this case, as fully disclosed in the Application to Employ. Therefore, your Applicant is presently holding no retainer for this matter.
3. The services performed by Applicant on a daily basis during this Chapter 11 proceeding and broken down in tenths of an hour are set forth on **Exhibit B**. Applicant utilizes time types for all time entries and the time on **Exhibit B** is

---

[1] Your Applicant has included in this Final Fee Application six hours of time ($1,650.00) in this fee application which represents your Applicant's best estimate of the work that he will perform from and after the filing of this Fee Application relating to Plan Confirmation and the preparation of this Fee Application and that time is included on **Exhibit** B. Also included on Exhibit B is a copy expense of $100.00 and a postage expense of $50 which represents your Applicant's best estimate of the cost of copying and mailing the professional fee applications to all creditors and parties in interest in this case.

    organized by time type so that the Court may quickly determine the tasks performed by the Applicant and the amount of time that Applicant devoted to each such task.

4. Applicant performed all legal services for the Debtor and the hourly rate of $274.00.  Applicant performed a total of 72.10 billable hours of work (1.3 non-billable hours of work were performed as well) with a total value of $19,830.00 as set forth on **Exhibit B**.   The largest categories of time spent by Applicant was on the Plan and Disclosure Statement, where Applicant spent a total of 23.40 hours with a value of $6,377.50, and work relating to preparation of the filing, totaling 19.90 hours with a value of $5,115.00.  Your Applicant has successfully steered this matter thought Chapter 11 with and worked diligently together with the Office of the U.S. Trustee to present a Plan acceptable to creditors and the Debtors.
5. Applicant incurred a total of $916.63 in expenses which are set forth in detail on **Exhibit B** and which were billed to the estate in an amount equal to the cost incurred by Applicant.  The per page charge for copying is $.09 per page or less, depending upon the copy volume.
6. A biography of Applicant that appears in Martindale-Hubbell is attached to this Application as **Exhibit C**.

    WHEREFORE, Applicant respectfully requests that this Court allow this Final Fee Application, together with such other and further relief as the Court deems just and proper.

    Donald R. Lassman, Esq.

    /s/ Donald R. Lassman
    Donald R. Lassman
    BBO#545959
    P.O. Box 920385
    Needham, MA.  02492
    781-455-8400

# **EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
**EASTERN DIVISION**

|  |  |
|---|---|
| IN RE: )<br>)<br>ROBERT K. GREENEBAUM and )<br>JAMIE M. GREENEBAUM, )<br>)<br>)<br>DEBTORS. )<br>) | CHAPTER 11<br><br>CASE NO._____ |

**NON-ADVERSARIAL APPLICATION OF DEBTOR TO RETAIN DONALD R. LASSMAN AS COUNSEL**

TO THE HONORABLE _____, BANKRUPTCY JUDGE:

Robert and Jamie Greenebaum, the Debtors-in-Possession in this case ("Debtor") requests that this Court enter an Order authorizing them to retain Donald R. Lassman ("Lassman") to act as their counsel. The Debtors submit the following in support of this Application:

1. The undersigned are the Debtors-in-Possession in the above captioned case.
2. The Debtors seek to employ Lassman to act as their counsel in this bankruptcy proceeding to handle all legal matters that arise during the course of this proceeding.
3. Lassman is an attorney in good standing in the Commonwealth of Massachusetts and District Court for The District of Massachusetts and has considerable experience in handling chapter 11 cases of this kind.
4. Attorney Lassman will be compensated on an hourly basis at his usual hourly rate in effect when the legal services are rendered. Mr. Lassman's hourly rate is presently $275.00. Mr. Lassman has been paid a retainer by the Debtors in the amount of $5,500.00.*
5. Mr. Lassman is disinterested and represents no known interest adverse to the estate in the matters upon which he is to be engaged and his employment would be in the best interests of creditors.

WHEREFORE, the Debtors request that they be authorized to employ Mr. Lassman to act as their counsel to perform the services specified in paragraph 2 above as of the date hereof and that the Court grant such other relief as it deems appropriate.

Respectfully submitted,

_____
Robert K. Greenebaum

_____
Jamie M. Greenebaum

\* The retainer was completely used to pay for legal services rendered to the Debtors prior to the filing of this case in connection with the preparation of this case for filing.

2/9/2007 Approved.  William R. Hillman

# **EXHIBIT B**

Invoice submitted to:
Jamie M. Greenebaum
6 Spring Street
Medway MA 02053


August 02, 2007


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| <u>Case Commencement</u> | | | | |
| 1/12/2007 DRL | Case Commencement<br>Review and edits to materials based on new info supplied by client and call to client to discuss chapter 11 issues | | 0.50<br>275.00/hr | 137.50 |
| 1/15/2007 DRL | Case Commencement<br>review to do list and review and revise papers based on new information supplied by client in response thereto | | 1.30<br>275.00/hr | 357.50 |
| | SUBTOTAL: | | [ 1.80 | 495.00] |
| <u>Claims Review/Objections</u> | | | | |
| 2/14/2007 DRL | Claims Review/Objections<br>attend to bar date order service on all parties in case | | 0.50<br>275.00/hr | 137.50 |
| 3/22/2007 DRL | Claims Review/Objections<br>review and attend to IRS proof of claim | | 0.20<br>275.00/hr | 55.00 |
| 4/3/2007 DRL | Claims Review/Objections<br>review pocs filed with court, compare to schedules and send email to client regarding same | | 1.50<br>275.00/hr | 412.50 |
| DRL | Claims Review/Objections<br>request claims register | | 0.20<br>275.00/hr | 55.00 |
| 4/23/2007 DRL | Claims Review/Objections<br>review claims at court | | 0.50<br>275.00/hr | 137.50 |

Jamie M. Greenebaum                                                                                       Page     2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/24/2007 | DRL | Claims Review/Objections<br>review claims and call to client to check on claims on register that<br>do not appear to be on schedules | 1.50<br>275.00/hr | 412.50 |
| 6/13/2007 | DRL | Claims Review/Objections<br>attend to chase poc | 0.20<br>275.00/hr | 55.00 |
| 7/10/2007 | DRL | Claims Review/Objections<br>prepare and file objection to proof of claim | 0.80<br>275.00/hr | 220.00 |
| 7/12/2007 | DRL | Claims Review/Objections<br>attend to preparation, filing and service of notice of hearing on<br>claims objections | 0.50<br>275.00/hr | 137.50 |
|  |  | SUBTOTAL: | [     5.90 | 1,622.50] |
|  |  | <u>Communications with United States Trustee</u> |  |  |
| 2/5/2007 | DRL | Communications with United States Trustee<br>preliminary meeting with the UST - Pat Hogan | 2.00<br>275.00/hr | 550.00 |
|  |  | SUBTOTAL: | [     2.00 | 550.00] |
|  |  | <u>Creditor Inquiries</u> |  |  |
| 11/13/2006 | DRL | Creditor Inquiries<br>phone calls with creditors | 0.20<br>275.00/hr | 55.00 |
| 11/14/2006 | DRL | Creditor Inquiries<br>phone calls from creditors | 0.20<br>275.00/hr | 55.00 |
| 12/4/2006 | DRL | Creditor Inquiries<br>phone calls from creditors | 0.20<br>275.00/hr | 55.00 |
| 2/26/2007 | DRL | Creditor Inquiries<br>call from federated | 0.20<br>275.00/hr | 55.00 |
| 2/28/2007 | DRL | Creditor Inquiries<br>call to educational loan rep regarding treatment of claim under plan | 0.40<br>275.00/hr | 110.00 |
| 7/24/2007 | DRL | Creditor Inquiries<br>creditor inquiry | 0.20<br>275.00/hr | 55.00 |
|  |  | SUBTOTAL: | [     1.40 | 385.00] |

Jamie M. Greenebaum                                                                              Page       3

|            |     |                                                                              | Hrs/Rate        | Amount   |
|------------|-----|------------------------------------------------------------------------------|-----------------|----------|
|            |     | <u>General Pleadings</u>                                                     |                 |          |
| 1/31/2007  | DRL | General Pleadings<br>prepare pleading to employ CPA and attend to filing and service of all pleadings and papers with the court | 2.00<br>275.00/hr | 550.00 |
| 2/5/2007   | DRL | General Pleadings<br>prepare motion to amend and attend to certificate of serve | 1.00<br>275.00/hr | 275.00 |
|            |     | SUBTOTAL:                                                                    | [    3.00       | 825.00]  |
|            |     | <u>Info. Gathering/Financial Review</u>                                      |                 |          |
| 11/17/2006 | DRL | Info. Gathering/Financial Review<br>phone call from client                   | 0.30<br>275.00/hr | 82.50  |
| 11/21/2006 | DRL | Info. Gathering/Financial Review<br>research on homestead issue              | 0.50<br>275.00/hr | 137.50 |
|            | DRL | Info. Gathering/Financial Review<br>confer with client about open questions  | 0.30<br>275.00/hr | 82.50  |
| 12/19/2006 | DRL | Info. Gathering/Financial Review<br>meeting with client                      | 0.60<br>275.00/hr | 165.00 |
| 1/8/2007   | DRL | Info. Gathering/Financial Review                                             | 0.40<br>275.00/hr | 110.00 |
| 1/11/2007  | DRL | Info. Gathering/Financial Review<br>call client to discuss open issues on case | 0.30<br>275.00/hr | 82.50 |
| 1/16/2007  | DRL | Info. Gathering/Financial Review<br>call with client                         | 0.30<br>275.00/hr | 82.50  |
| 1/26/2007  | DRL | Info. Gathering/Financial Review<br>phone call with client regarding open issues | 0.70<br>275.00/hr | 192.50 |
| 2/1/2007   | DRL | Info. Gathering/Financial Review<br>confer with client about preliminary meeting with the UST | 0.30<br>275.00/hr | 82.50 |
|            | DRL | Info. Gathering/Financial Review<br>confer with client on open issues        | 0.20<br>275.00/hr | 55.00  |
| 2/2/2007   | DRL | Info. Gathering/Financial Review<br>confer with client and CPA               | 0.20<br>275.00/hr | 55.00  |
| 2/5/2007   | DRL | Info. Gathering/Financial Review<br>confer with client about bank account issues | 0.30<br>275.00/hr | 82.50 |

Jamie M. Greenebaum                                                                                            Page      4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/12/2007 | DRL | Info. Gathering/Financial Review<br>attend to questions about MDOR sales tax filing questions and<br>attend to legal research on exemption for wages | 0.80<br>275.00/hr | 220.00 |
| 2/15/2007 | DRL | Info. Gathering/Financial Review<br>attend to bankruptcy questions from client | 0.20<br>275.00/hr | 55.00 |
| 3/16/2007 | DRL | Info. Gathering/Financial Review<br>confer with client on schedule amendments | 0.20<br>275.00/hr | 55.00 |
| 5/8/2007 | DRL | Info. Gathering/Financial Review<br>review monthly reports and call to client to discuss same | 0.20<br>275.00/hr | 55.00 |
| 6/19/2007 | DRL | Info. Gathering/Financial Review<br>attend to gmac request for payment and call to client regarding same | 0.30<br>275.00/hr | 82.50 |
|  |  | SUBTOTAL: | [    6.10 | 1,677.50] |

Plan/Disclosure Statement/Confirmation Hearing

| 2/15/2007 | DRL | Plan/Disclosure Statement/Confirmation Hearing<br>email to client and CPA regarding plan of chapter 11 terms and conditions | 0.30<br>275.00/hr | 82.50 |
|---|---|---|---|---|
| 4/30/2007 | DRL | Plan/Disclosure Statement/Confirmation Hearing<br>begin plan drafting, review all claims and consider reorg terms and conditions | 6.00<br>275.00/hr | 1,650.00 |
| 5/11/2007 | DRL | Plan/Disclosure Statement/Confirmation Hearing<br>conference cal with CPA and client and review notes beforehand regarding terms of plan and payout to creditors | 0.60<br>275.00/hr | 165.00 |
| 5/14/2007 | DRL | Plan/Disclosure Statement/Confirmation Hearing<br>call to client and update to creditor list for unfiled claims on schedule F as undisputed | 0.50<br>275.00/hr | 137.50 |
| 5/16/2007 | DRL | Plan/Disclosure Statement/Confirmation Hearing<br>revise plan concepts based on claims info | 0.50<br>275.00/hr | 137.50 |
| 5/17/2007 | DRL | Plan/Disclosure Statement/Confirmation Hearing<br>confer with client about plan terms | 0.80<br>275.00/hr | 220.00 |
| 5/21/2007 | DRL | Plan/Disclosure Statement/Confirmation Hearing<br>review and revise disclosure statement and prepare plan | 3.00<br>275.00/hr | 825.00 |
| 5/22/2007 | DRL | Plan/Disclosure Statement/Confirmation Hearing<br>confer with Carl and client on p[lan terms and call from IRS regarding payment terms | 0.70<br>275.00/hr | 192.50 |

Jamie M. Greenebaum                                                                                    Page        5

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/31/2007 | DRL | Plan/Disclosure Statement/Confirmation Hearing<br>attend to questions about IRS claim | 0.40<br>275.00/hr | 110.00 |
| 6/11/2007 | DRL | Plan/Disclosure Statement/Confirmation Hearing<br>review file and confer with CPA about plan payments | 0.40<br>275.00/hr | 110.00 |
| 6/14/2007 | DRL | Plan/Disclosure Statement/Confirmation Hearing<br>prepare for meeting and attend meeting with client and CPA to set strategy for plan and disclosure statement | 1.50<br>275.00/hr | 412.50 |
|  | DRL | Plan/Disclosure Statement/Confirmation Hearing<br>review and revise plan and disclosure statement in light of meeting and transmit to Gary donohue with request for waiver of UST fee post=confirmation | 1.10<br>275.00/hr | 302.50 |
| 6/19/2007 | DRL | Plan/Disclosure Statement/Confirmation Hearing<br>confer with CPA on plan changes in light of UST position on quarterly fees due and payable as long as chapter 11 case is open | 0.20<br>275.00/hr | 55.00 |
| 6/28/2007 | DRL | Plan/Disclosure Statement/Confirmation Hearing<br>confer with UST about plan and email client regarding same | 0.50<br>275.00/hr | 137.50 |
|  | DRL | Plan/Disclosure Statement/Confirmation Hearing<br>phone call to client to go over open issues | 0.30<br>275.00/hr | 82.50 |
| 7/10/2007 | DRL | Plan/Disclosure Statement/Confirmation Hearing<br>prepare plan ballot, motion to allow consolidate hearings on plan and disclosure statement and form of order on disclosure statements and file review of documents for filing | 2.50<br>275.00/hr | 687.50 |
|  | DRL | Plan/Disclosure Statement/Confirmation Hearing<br>call to client to discuss changes to plan and make edits thereto | 0.40<br>275.00/hr | 110.00 |
| 7/16/2007 | DRL | Plan/Disclosure Statement/Confirmation Hearing<br>review and attend to UST issues | 0.10<br>275.00/hr | 27.50 |
|  | DRL | Plan/Disclosure Statement/Confirmation Hearing<br>review and respond to emails about plan | 0.40<br>275.00/hr | 110.00 |
| 7/17/2007 | DRL | Plan/Disclosure Statement/Confirmation Hearing<br>review and attend to package for creditors on disclosure statement | 0.70<br>275.00/hr | 192.50 |
| 7/19/2007 | DRL | Plan/Disclosure Statement/Confirmation Hearing<br>review court orders and call to court about same | 0.10<br>300.00/hr | 30.00 |
| 7/23/2007 | DRL | Plan/Disclosure Statement/Confirmation Hearing<br>review court orders and prepare and transmit cert of service of nonresidential hearings | 0.50<br>275.00/hr | 137.50 |

Jamie M. Greenebaum     Page 6

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/23/2007 | DRL | Plan/Disclosure Statement/Confirmation Hearing<br>attend to CS for hearing on motion for allowance of conditional approval of disclosure statement | 0.50<br>275.00/hr | 137.50 |
| 7/24/2007 | DRL | Plan/Disclosure Statement/Confirmation Hearing<br>call to court to clarify order on disclosure statement and plan hearing, review new order on disclosure statement and assemble package for creditors | 1.00<br>275.00/hr | 275.00 |
| 7/25/2007 | DRL | Plan/Disclosure Statement/Confirmation Hearing<br>begin preparation of affidavits in support of confirmation | 0.80<br>275.00/hr | 220.00 |
| 7/30/2007 | DRL | Plan/Disclosure Statement/Confirmation Hearing<br>estimate of work related to plan confirmation and confirmation hearing | 6.00<br>275.00/hr | 1,650.00 |
| | | SUBTOTAL: | [     29.80 | 8,197.50] |

Schedules and Statement of Affairs

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/6/2006 | DRL | Schedules and Statement of Affairs<br>meeting with client for general review of matters | 1.30<br>275.00/hr | NO CHARGE |
| 11/13/2006 | DRL | Schedules and Statement of Affairs<br>Meeting with client to review and consider documents for bankruptcy case | 1.50<br>275.00/hr | 412.50 |
| 1/4/2007 | DRL | Schedules and Statement of Affairs<br>Review materials supplied by client, prepare bankruptcy papers and open items list for client | 6.50<br>275.00/hr | 1,787.50 |
| 1/24/2007 | DRL | Schedules and Statement of Affairs<br>Review and revise bankruptcy papers based on package of information supplied by client and consider first day pleadings in light of new small business rules | 3.10<br>275.00/hr | 852.50 |
| 1/26/2007 | DRL | Schedules and Statement of Affairs<br>review and entry of new information for bankruptcy papers | 0.50<br>275.00/hr | 137.50 |
| 1/29/2007 | DRL | Schedules and Statement of Affairs<br>review and revise schedules and preparation of papers for employment of counsel, waiver of requirement to file tax return, attend to student loan question and impact on income and expense and call to CPA regarding assistance in case | 2.00<br>275.00/hr | 550.00 |
| 1/30/2007 | DRL | Schedules and Statement of Affairs<br>meeting with clients to prepare for chapter 11 filing, go over all mattes and responsibilities after filing of case and issues that will arise, attend to preparation of first day papers | 2.00<br>275.00/hr | 550.00 |

Jamie M. Greenebaum                                                                                           Page     7

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/19/2007 | DRL | Schedules and Statement of Affairs<br>attend to amended schedules | 1.00<br>275.00/hr | 275.00 |
| 3/29/2007 | DRL | Schedules and Statement of Affairs<br>attend to preparation of motion to amend and filing and service thereof on all interested parties | 2.00<br>275.00/hr | 550.00 |
|  |  | SUBTOTAL: | [    19.90 | 5,115.00] |

<u>Section 341 Meetings</u>

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/15/2007 | DRL | Section 341 Meetings<br>review and assemble documents for UST in advance of upcoming 341 meeting | 0.30<br>275.00/hr | 82.50 |
| 3/6/2007 | DRL | Section 341 Meetings<br>preparation for 341 meeting and call to client regarding same | 0.50<br>275.00/hr | 137.50 |
| 3/7/2007 | DRL | Section 341 Meetings<br>first meeting of creditors and preparation for same | 2.30<br>275.00/hr | 632.50 |
|  |  | SUBTOTAL: | [     3.10 | 852.50] |

<u>Tax Matters</u>

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/9/2007 | DRL | Tax Matters<br>attend to IRS notice and call to IRS and client resolving same | 0.40<br>275.00/hr | 110.00 |
|  |  | SUBTOTAL: | [     0.40 | 110.00] |
|  |  | For professional services rendered | 73.40 | $19,830.00 |

Additional Charges :

<u>Copying cost</u>

| 1/31/2007 | copy charge for motions to 18.05 all creditors | 18.05 |
|---|---|---|
| 2/5/2007 | copies of amended petition for all creditors | 22.96 |
| 3/29/2007 | Copying cost motion to amend schedules B and G | 30.05 |
| 7/19/2007 | photocopy cost for disclosure statement and motion to approve | 142.51 |
| 7/26/2007 | Copying cost for plan, disclosure statement and ballot | 151.52 |
| 7/30/2007 | Copying cost for professional fee applicatioins | 100.00 |

Jamie M. Greenebaum                                                                                         Page    8

|  |  | Amount |
|---|---|---:|
| | SUBTOTAL: | [ 465.09] |

### Postage

| Date | Description | Amount |
|---|---|---:|
| 1/31/2007 | mail charge for motions to 18.05 all creditors | 17.40 |
| 2/5/2007 | postage for copies of amended petition for all creditors | 18.72 |
| 2/14/2007 | postage for bar date order service on all parties in case | 18.33 |
| 3/29/2007 | postage for motion to amend schedules B and G | 20.28 |
| 7/19/2007 | Postage for mailing disclosure statement and motion to approve | 88.40 |
| 7/23/2007 | Postage for hearing notices to creditors about disclosure statement | 20.91 |
| 7/24/2007 | Postage for mailing ballots, disclosure statement and plan to all creditors | 200.00 |
| 7/30/2007 | postage cost for professional fee applicatioins | 50.00 |
| | SUBTOTAL: | [ 434.04] |

### Travel

| Date | Description | Amount |
|---|---|---:|
| 2/5/2007 | parking for preliminary meting with the UST - Pat Hogan | 10.00 |
| 3/7/2007 | parking for 341 meeting | 7.50 |
| | SUBTOTAL: | [ 17.50] |

| | | |
|---|---|---:|
| | Total costs | $916.63 |
| | Total amount of this bill | $20,746.63 |
| 1/31/2007 | Payment from account | ($5,500.00) |
| | Total payments and adjustments | ($5,500.00) |
| | Balance due | $15,246.63 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Donald R. Lassman | 0.10 | 300.00 | $30.00 |
| Donald R. Lassman | 72.00 | 275.00 | $19,800.00 |

| Jamie M. Greenebaum | | | Page 9 |
|---|---|---|---|
| Name | Hours | Rate | Amount |
| Donald R. Lassman | 1.30 | 0.00 | $0.00 |

| | Amount |
|---|---|
| Previous balance of Retainer Account | $0.00 |
| 11/13/2006 Payment to account | $2,500.00 |
| 12/31/2006 Payment to account. Check No. 1233 | $1,500.00 |
| 1/27/2007 Payment to account. Check No. 1276 | $1,500.00 |
| 1/31/2007 Payment from account | ($5,500.00) |
| New balance of Retainer Account | $0.00 |

# EXHIBIT C

Case 07-10584    Doc 49    Filed 08/02/07    Entered 08/02/07 09:51:42    Desc Main
Document    Page 15 of 16



### Search the Lawyer Locator

**Lawyer Locator**
 Search Lawyer Locator
  By Lawyer
   By Location/Area of Practice
   By Industry/Practice Groups
   By Firm
   By Corporate Law Departments
   By US Government
   By US Law Faculty
 Join the Legal Network
 Request a Listing
 About Lawyer Locator

**Legal Articles**
**Dispute Resolution**
**Legal Personnel**
**Legal Careers**
**Professional Resources**
**Customer Service**
**Experts and Services**

More resources...
- lawyers.com
- Practice Development Center
- Counsel to Counsel Forums
- corporate.martindale.com
- eAttorney
- LexisNexis(TM)
- LawCommerce.com(SM)
- LawyerLocator.Co.Uk
- Anwalt24.de
- martindale.co.il

New Search

**Donald R. Lassman**
Member
Law Office of
Donald R. Lassman
P.O. Box 920385
Needham, Massachusetts 02492
(Norfolk Co.)
Telephone: 781-455-8400
Fax: 781-455-8402
Email: Send an Email

AV Peer Review Rated

**Practice Areas:** Bankruptcy; Business Reorganization; Creditors Rights; Receiverships; Assignments; Commercial Collections

**Admitted:** 1983, Pennsylvania and U.S. District Court, Western District of Pennsylvania; 1985, Massachusetts; 1986, U.S. District Court, District of Massachusetts and U.S. Tax Court; 1988, U.S. Court of Appeals, First Circuit

**Law School:** University of Pittsburgh, J.D., 1983

**College:** Washington University, B.A., 1980

**Biography:** Member, Panel of Chapter 7 Trustees, District of Massachusetts.

**Born:** Pittsburgh, Pennsylvania, October 16, 1958

**ISLN:** 905610748

New Search

▲ top

Lawyer Locator | Legal Articles | Dispute Resolution | Experts and Services
Legal Personnel | Legal Careers | Professional Resources | Customer Service

Home | Contact Us | About Us | Site Info | Products | Services
Media Room | Banner Sponsorships